COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-08-056-CV

 

IN RE MICHAEL IRVIN                                                              RELATOR

                                                                                                        

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relator=s
petition for writ of mandamus and is of the opinion that, without deciding
whether the trial court=s sanctions order constitutes a
clear abuse of discretion, relief should be denied because there is an adequate
remedy by appeal.  Accordingly, relator=s
petition for writ of mandamus is denied.

Relator
shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

 

 

PANEL 
A:  CAYCE, C.J.; DAUPHINOT and
MCCOY, JJ. 

 

DELIVERED: 
March 5, 2008











    [1]See
Tex. R. App. P. 47.4.